UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

GREGORY A. FIGEL,

    *Petitioner*,

v.                                                            Case No. 2:05-cv-171
                                                                   HON. R. ALLAN EDGAR

TIM LUOMA,

    *Respondent*.

_____/

## MEMORANDUM AND ORDER

       Petitioner Gregory A. Figel has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition was referred to Magistrate Judge Timothy P. Greeley for a report and recommendation under 28 U.S.C. § 636(b)(1)(B) and W.D. Mich. L Civ R 72.1(d). On May 15, 2008, the Magistrate Judge submitted his report and recommendation that the habeas petition be denied and dismissed with prejudice. [Doc. No. 21]. Petitioner has not timely filed any objections to the report and recommendation.

       After reviewing the record, the Court **ACCEPTS** and **ADOPTS** the report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and W.D. Mich. LCivR 72.3(b). The habeas petition shall be **DENIED** and **DISMISSED WITH PREJUDICE**. A separate judgment will enter.

Any appeal by petitioner Figel from this decision would be frivolous. He has not made a substantial showing of a denial of a constitutional right. For the reasons expressed by the Magistrate Judge in the report and recommendation, a certificate of appealability shall be **DENIED** under 28 U.S.C. § 2253(c).

SO ORDERED

Dated: June 19, 2008.

                                               */s/ R. Allan Edgar*
                                                R. ALLAN EDGAR
                                     UNITED STATES DISTRICT JUDGE